NORTON ET AL., APPELLANTS, *v.* CITY OF GALION ET AL., APPELLEES.

[Cite as Norton *v.* Galion (1987), 30 Ohio St. 3d 129.]

(No. 86-1472—Decided May 20, 1987.)

*Joseph H. Weiss, Jr.* and *Richard J. Makowski,* for appellants.
*Debra Garverick,* law director, and *James L. Hoover,* for appellee city of Galion et al.
*E. Richard Hottenroth,* for appellees Paulette Ritchey Boehm and Kenneth E. Durtsche, in their individual capacities.

This cause, on appeal from the court of appeals (case No. 3-86-11), is reversed on authority of *DeHart* v. *Aetna Life Ins. Co.* (1982), 69 Ohio St. 2d 189, 23 O.O. 3d 210, 431 N.E. 2d 644; *Reichert* v. *Ingersoll* (1985), 18 Ohio St. 3d 220, 222-223, 18 OBR 281, 282-283, 480 N.E. 2d 802, 804-805; *Hawkins* v. *Marion Correctional Institute* (1986), 28 Ohio St. 3d 4, 28 OBR 3, 501 N.E. 2d 1195; *State* v. *Newcome* (1986), 28 Ohio St. 3d 7, 28 OBR 5, 501 N.E. 2d 1197; *National Mut. Ins. Co.* v. *Papenhagen* (1987), 30 Ohio St. 3d 14, 30 OBR 21, 505 N.E. 2d 980, and the appeal is reinstated.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.